Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000723
12-JAN-2017
10:02 AM

NO. CAAP-16-0000723

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EMILY THOMAS YUKIMURA (nka EMILY THOMAS), Plaintiff-Appellee,
v.
DAVID YUKIMURA, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-D NO. 07-1-0098)

ORDER
GRANTING THE NOVEMBER 21, 2016 MOTION TO DISMISS THE APPEAL;
AND
DISMISSING AS MOOT ALL PENDING MOTIONS IN CAAP-16-0000723
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.

Upon consideration of pro se Defendant-Appellant David Yukimura's (Appellant) November 21, 2016 "Notice of Intent to Withdraw and Halt Proceedings of CAAP-16-0000723" (emphasis in original), which the court construes as a motion to dismiss the appeal (Motion), the papers in support, the record, and there being no opposition, it appears that (1) Appellant seeks to dismiss the appeal; (2) the record on appeal has not been filed; and (3) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED: Honolulu, Hawai'i, January 12, 2017.

Presiding Judge

Associate Judge

Associate Judge